UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2190
(3:21-cv-00042-NKM-JCH)

_____

CATHERINE ANTUNES

      Plaintiff - Appellant

v.

XAVIER BECERRA, in his official capacity as Secretary of U.S. Department of Health and Human Services; RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, M.D., in his official capacity as Commissioner of the U.S. Food and Drug Administration

      Defendants - Appellees

and

UNIVERSITY OF VIRGINIA HEALTH SYSTEMS

      Defendant

_____

O R D E R

_____

The court rescinds the briefing schedule in this case. The parties will be notified when a new briefing order is entered.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk