UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-2190
(3:21-cv-00042-NKM-JCH)

_____

CATHERINE ANTUNES

      Plaintiff - Appellant

v.

XAVIER BECERRA, in his official capacity as Secretary of U.S. Department of Health and Human Services; RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA

      Defendants - Appellees

and

UNIVERSITY OF VIRGINIA HEALTH SYSTEMS; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, M.D., in his official capacity as Commissioner of the U.S. Food and Drug Administration

      Defendants

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to file separate briefs and extend time to file the response brief, the court grants the motion and

extends the time for filing to 03/24/2023. Each brief shall comply with the length limitations established by the Federal Rules of Appellate Procedure.

    All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk